

| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (CA SBN 231239) |
| | ANNE W. HAMANN (CA SBN 254327) |
| 2 | JACQUE A GRUBER (CA SBN 259772) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 10-25553 |
| ADONIS S. CABUGWAS, | Chapter 13 |
| Debtor(s). | R.S. No. PD-1 |
| | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | (Unlawful Detainer) |
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, | Property: 1605 Harrisburg Ln., Suisun City, California 94585 |
| Movant, | DATE: May 11, 2010 |
| vs. | TIME: 9:31 a.m. |
| | CTRM: 32 |
| ADONIS S. CABUGWAS, | 501 "I" Street, |
| Respondent(s). | Sacramento, CA 95814 |

**TO THE RESPONDENTS NAMED ABOVE**:

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION ("Movant"), moves this court for an order terminating the automatic stay of 11 United States Code § 362 as to Movant so that Movant may commence and continue all acts necessary to enforce its rights to possession of the real property generally described as 1605 Harrisburg Ln., Suisun City, California 94585 ("Real Property").

/./././

# RELIEF FROM STAY - CAUSE

## DEBTOR HAS NO INTEREST IN THE SUBJECT PROPERTY DUE TO A PRE-PETITION FORECLOSURE SALE

1. This Court has jurisdiction over the subject matter of this Motion pursuant to the provisions of 28 United States Code sections 157, 1334, and 11 United States Code section 362.

2. On or about, March 7, 2010, Adonis S. Cabugwas ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code, and Jan P. Johnson was appointed as Chapter 13 Trustee. As a result of said filing, certain acts and proceedings against Debtor and the bankruptcy estate are stayed as provided in 11 United States Code § 362.

3. Movant acquired title to the property at a foreclosure sale held on January 21, 2010. A true and correct copy of the Trustee's Deed Upon Sale is attached to the Declaration in Support of Motion for Relief from Automatic Stay ("Declaration") as **Exhibit A** and incorporated herein by reference.

4. Movant caused a Notice Requiring Delivery of Possession of Premises to be served upon the Debtor on February 17, 2010. A true and correct copy of the Notice Requiring Delivery of Possession of Premises is attached to the Declaration as **Exhibit B** and incorporated herein by reference.

5. Pursuant to 11 United States Code section 362(d)(1), cause for annulment and relief from the automatic stay exists because, as of the petition date, Debtor had no right to continued occupancy of the premises as Movant acquired title to the premises by foreclosure sale pre-petition and recorded the Trustee's Deed Upon Sale within the period provided by state law for perfection. Movant commenced a forcible detainer proceeding pre-petition, but the Debtor filed the instant bankruptcy case prior to the preliminary hearing scheduled in the forcible detainer action.

/././

/././

**WHEREFORE**, Movant respectfully prays for an order of this Court as follows:

1. Terminating the automatic stay of 11 United States Code § 362 to allow Movant to enforce its remedies to obtain possession of the Subject Property in accordance with applicable law;

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived;

3. That the order be binding in any and all chapters following any subsequent conversion of this case under a different chapter of Title 11 of the United States Code, unless a specific exception has been provided herein; and

4. For such other and further relief as the court deems just and proper.

Dated: April 15, 2010          PITE DUNCAN, LLP

/s/Jacque A Gruber CA SBN 259772
JACQUE A GRUBER
Attorneys for GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION