FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002560263

EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
JACQUE A GRUBER (CA SBN 259772)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ADONIS S. CABUGWAS,<br><br>Debtor(s). | Case No. 10-25553<br><br>Chapter 13<br><br>D.C. No. PD-1<br><br>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(Unlawful Detainer)<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION<br>Movant,<br><br>vs.<br><br>ADONIS S. CABUGWAS, Debtor(s);<br>and JAN P. JOHNSON, Chapter 13 Trustee,<br><br>Respondents. | LBR 4001-1 and 9014-1(f)(2)<br><br>DATE: May 11, 2010<br>TIME: 9:31 a.m.<br>CTRM: 32<br><br>501 "I" Street,<br>Sacramento, CA 95814 |

TO THE RESPONDENTS NAMED ABOVE:

PLEASE TAKE NOTICE that a hearing on the Motion for Relief From Automatic Stay brought by GMAC Mortgage, LLC FKA GMAC Mortgage Corporation ("Movant"), will be heard in the courtroom of the Honorable Thomas Holman in the above-captioned court, located at 501 "I" Street, Sacramento, CA 95814, on May 11, 2010 at 9:31 a.m. This motion is based on

| | |
|---|---|
| 1 | the Motion for Relief From Automatic Stay, the Declaration in Support of Motion for Relief |
| 2 | From Automatic Stay, and the Notice of Motion for Relief From Automatic Stay, and on such |
| 3 | further evidence and oral argument as may be presented to the court at the hearing. |
| 4 |     PLEASE TAKE FURTHER NOTICE that the motion is being made pursuant to Local |
| 5 | Bankruptcy Rule 4001-1 and 9014-1(f)(2), 11 United States Code section 362(d), and Federal |
| 6 | Rules of Bankruptcy Procedure 4001. Opposition, if any, shall be presented at the hearing on the |
| 7 | Motion. If opposition is presented, or if there is other good cause, the Court may continue the |
| 8 | hearing to permit the filing of evidence and briefs. |
| 9 | Dated: April 15, 2010                PITE DUNCAN, LLP |
| 10 | |
| 11 |                 /s/ Jacque A Gruber CA SBN 259772 |
| 12 |                 JACQUE A GRUBER<br>                Attorneys for GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |