EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
JACQUE A. GRUBER (CA SBN 259772)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ADONIS S. CABUGWAS,<br><br>　　　　Debtor(s). | Case No. 10-25553<br><br>Chapter 13<br><br>D.C. No. PD-1<br><br>EXHIBITS TO DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION<br><br>　　　　Movant,<br><br>　vs.<br><br>ADONIS S. CABUGWAS, Debtor(s); and JAN P. JOHNSON, Chapter 13 Trustee,<br><br>　　　　Respondents. | LBR 4001-1 and 9014-1(f)(2)<br><br>DATE:　　May 11, 2010<br>TIME:　　9:31 a.m.<br>CTRM:　　32<br><br>501 "I" Street<br>Sacramento, CA 95814 |

/./../

/./../

/./../

Recorded In Office Record Solano County  1/28/2010
Marc C. Tonnesen                         10:34 AM
Assessor/Recorder                        AR16
                                         22
P TCS

Doc#: 201000009710   Titles: 1   Pages: 3
                     Fees         13.00
                     Taxes         0.00
                     Other         0.00
                     PAID        $13.00

RECORDING REQUESTED BY:
Executive Trustee Services, LLC dba ETS Services, LLC

AND WHEN RECORDED MAIL TO:
GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Forward Tax Statements to the address given above

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-189517-C
LOAN # 0359434986    INVESTOR #: 0000000000000
TITLE ORDER # 090588979-CA-MSI


1ST Position

# TRUSTEE'S DEED UPON SALE

APN 0174-501-190    TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $596,591.50
The Amount Paid By The Grantee Was $279,000.00
Said Property Is In The City Of SUISUN CITY, County of Solano

**Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Solano**, State of
California, described as follows:

SEE ATTACHED EXHIBIT "A"

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **ADONIS
CABUGWAS, A SINGLE MAN** as Trustor, dated **1/26/2007** of the Official Records in the office of the Recorder of
**Solano**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly
appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell
under the Deed of Trust recorded on **1/31/2007**, instrument number **200700012657** (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

EXHIBIT A

EXHIBIT J

GM-189517-C                  EXHIBIT "A"

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SOLANO, CITY OF SUISUN CITY, AND IS DESCRIBED AS FOLLOWS:

LOT 436, AS SHOWN ON THAT CERTAIN MAP ENTITLED: 'SUBDIVISION MAP OF PETERSON RANCH, UNIT NO, 6', IN THE CITY OF SUISUN CITY, COUNTY OF SOLANO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON APRIL 20, 2006 IN BOOK 83 OF MAPS, PAGE 1.

RESERVING THEREFROM, TO THE EXTENT NOT ALREADY RESERVED BY INSTRUMENTS OF RECORD:

A. ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, TO ALL GEOTHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY, 'SUBSURFACE RESOURCES'); AND

B. THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT, WELLS, TUNNELS AND SHAFT INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OF THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT.

EXHIBIT 1

# TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-189517-C
Loan # 0359434986
Title Order # 090588979-CA-MSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 1/21/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $279,000.00, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 1/21/2010

**Executive Trustee Services, LLC dba ETS Services, LLC**

By: _Kathleen Gowen_
Kathleen Gowen, Limited Signing Officer

State of California  } S.S.
County of Los Angeles  }

On 1/25/2010 before me, **Gisela A. Clark** Notary Public, personally appeared **Kathleen Gowen** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Gisela A. Clark_ (Seal)

GISELA A. CLARK
Commission # 1662574
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

[Page 2 of 2]


END OF DOCUMENT

**PITE DUNCAN LLP**

*San Diego*

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon *CA/ID/UT/WA*
David E. McAllister *AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford *AZ/CA/OR/WA*
Josephine E. Salmon *AK/AZ/CA/NY*
Laurel I. Handley *AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA/WA*
Brian A. Paino *AZ/CA/TX/WA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Fink *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA/NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather Hudson *CA/NV*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA/NY/TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*
Anne W. Hamann *CA*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph.: (858) 750-7600
Fax: (619) 590-1385

*Orange County*
Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

*Arizona Office*
Christina M. Harper
Charles L. Firestein
Phoenix, AZ

*Hawaii Office*
David B. Rosen
Honolulu, HI

*Nevada Office*
Phillip A. Silvestri
Neal D. Gidvani
Ace C. Van Patten
Las Vegas, NV

*Texas Office*
Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

*Washington Office*
Jesse Baker *OR/WA*
Seattle, WA

---

February 17, 2010

**NOTICE TO QUIT**

C.C.P. SECTION 1161a(b)(3)

TO:  ADONIS CABUGWAS
     AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
     1605 HARRISBURG LN.
     SUISUN CITY, CA 94585

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver up possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California. If you have any questions please contact our office at (858) 750-7600.

DATED: February 17, 2010        By: _____
                                     Arianna Black

EXHIBIT B

**EXHIBIT 3**

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii, Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*